STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES I. HARDMAN, DEFENDANT-APPELLANT.

Submitted November 3, 1952—Decided November 10, 1952.

*Mr. James I. Hardman, in propria persona.*

*Mr. Edward Gaulkin* and *Mr. C. William Caruso* for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, JACOBS and BRENNAN—5.

*For reversal*—None.